**Order entered November 13, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00948-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**MICHAEL A. GALOFARO, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00297-N**

## ORDER

The clerk's record filed in this appeal does not contain a copy of the trial court's order granting appellee's "motion for double jeopardy." A docket sheet entry does not satisfy the requirement for a written order.

Accordingly, we **ORDER** the trial court to file, by **DECEMBER 8, 2014**, its written, signed, and dated order setting forth its ruling on appellee's double jeopardy motion.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated on December 8, 2014 or when the supplemental record with the written order ruling on appellee's motion.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Fred Tinsley, Presiding Judge, 195th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE